A09A2317. SAPP et al. v. CANAL INSURANCE COMPANY.
(713 SE2d 900)

MCFADDEN, Judge.
In *Sapp v. Canal Ins. Co.*, 288 Ga. 681 (706 SE2d 644) (2011), the Supreme Court reversed the judgment of this Court in *Sapp v. Canal Ins. Co.*, 301 Ga. App. 596 (688 SE2d 375) (2009). Accordingly, we vacate our earlier opinion and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Ellington, C. J., and Mikell, J., concur.*

DECIDED JULY 11, 2011.

*Watkins, Lourie, Roll & Chance, Lance D. Lourie, Stephen R. Chance*, for appellants.
*Gilliland, Ratz & Browning, Charles A. Ratz, Robert W. Browning, Spurlin & McCorvey, John C. Spurlin, McCall, Williams, Wilmot & Powell, Robert C. Wilmot, William H. Hedrick*, for appellee.